| AO 10<br>Rev. 1/2017 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2016 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial)<br><br>Lipp, Wendelin I. | 2. Court or Organization<br><br>Maryland- Bankruptcy Court | 3. Date of Report<br><br>4/15/2017 |
|---|---|---|
| **4. Title** (Article III judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br><br>Active US Bankrupty Judge | **5a. Report Type** (check appropriate type)<br><br>☐ Nomination    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>**5b.** ☐   Amended Report | **6. Reporting Period**<br><br>01/01/2016<br>to<br>12/31/2016 |

| 7. Chambers or Office Address<br><br>6500 Cherrywood Lane<br>Third Floor<br>Greenbelt, Maryland 20770 |
|---|

| *IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts,<br>checking the NONE box for each part where you have no reportable information.* |
|---|

# I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Board of Directors | Walter Chandler American Bankruptcy Inn of Court |
| 2. TRUSTEE FOR FAMILY MEMBER'S TRUST | N/A |
| 3. | |
| 4. | |
| 5. | |

# II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2016 | ▓▓▓▓ salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[ ] NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Bankruptcy Bar Association for the District of Maryland | 5/13-5/14/16 | Annapolis, Maryland | Bankruptcy seminar speaker | Food and 1 night hotel stay. |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✓ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✓ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets)<br><br>Place "(X)" after each asset exempt from prior disclosure | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Rental property Montgomery County, MD ($158,000) | D | Rent | M | S | | | | | |
| 2. GE-common | D | Dividend | M | T | | | | | |
| 3. United Tech-common | D | Dividend | N | T | | | | | |
| 4. ▨ | | None | L | U | | | | | |
| 5. ▨ | | None | J | U | | | | | |
| 6. 401K | | | | | | | | | |
| 7. SWMXX | A | Dividend | N | T | | | | | |
| 8. EUEYX | A | Dividend | J | T | | | | | |
| 9. JENSX | B | Dividend | K | T | | | | | |
| 10. BJBIX | A | Dividend | J | T | | | | | |
| 11. Capital One Bank-Various Accounts | A | Interest | M | T | | | | | |
| 12. RBC Bank Deposit Program /cash | A | Interest | K | T | | | | | |
| 13. Acacia Whole Life Insuranc policy | A | Dividend | K | T | | | | | |
| 14. Acacia Whole Life Insurance policy | A | Dividend | K | T | | | | | |
| 15. AIG Sun America whole life insurance policy | A | Dividend | J | T | | | | | |
| 16. IRA#1 | | | | | | | | | |
| 17. SUIAX | A | Dividend | | | Sold | 11/11/16 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 18. PONAX | C | Dividend | L | T | Buy<br>(add'l) | 11/14/16 | K | | |
| 19. RAGTX | | None | J | T | | | | | |
| 20. SGENX | | None | K | T | | | | | |
| 21. KLCAX | | None | K | T | | | | | |
| 22. AZNAX | B | Dividend | K | T | | | | | |
| 23. ITHAX | A | Dividend | K | T | | | | | |
| 24. BME | A | Dividend | K | T | | | | | |
| 25. TGTRX | A | Dividend | K | T | | | | | |
| 26. GLOBAL X FDX (SDIV) | C | Dividend | K | T | | | | | |
| 27. UIT FT DIV INC PLUS PORT 20 | A | Dividend | K | T | | | | | |
| 28. UIT FT HIGH DIV EQUITY PORT SERIES 18 | C | Dividend | | | Sold | 03/30/16 | L | A | |
| 29. UIT FT SER 16 DIV INC PLUS PORT | A | Dividend | | | Sold | 11/14/16 | K | | |
| 30. UIT FT SMID HIGH DIV PORT SERIES 12 | | None | | | Redeemed | 01/28/16 | K | | |
| 31. UIT GUGG DEF PORT SER 7 ZACKS IAS | | None | | | Sold | 02/10/16 | J | | |
| 32. WISDOMTREE TRUST MIDCAP DIV FD ETF (DON) | A | Dividend | K | T | | | | | |
| 33. WISDOMTREE TRUST SMALLCAP FUND ETF | A | Dividend | K | T | | | | | |
| 34. UIT FTEP SER 2016 | A | Dividend | K | T | Buy | 11/14/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 35. | UIT FT SER 21 | A | Dividend | K | T | Buy | 02/10/16 | K | | |
| 36. | UIT HIGH DIV EQUITY PORT SER 26 | C | Dividend | L | T | Buy | 03/30/16 | L | | |
| 37. | IRA#2: | | | | | | | | | |
| 38. | Oppenheimer Value Fund (CGRWX) | A | Dividend | J | T | | | | | |
| 39. | Growth Fund of America MF | A | Dividend | J | T | | | | | |
| 40. | Washington Mutual Investors Fund MT | A | Dividend | J | T | | | | | |
| 41. | QQQ 100 Trust/Powershares | A | Dividend | K | T | | | | | |
| 42. | UIT FT DIV INC PLUS PORT SER. 20 | A | Dividend | K | T | | | | | |
| 43. | UIT FT SMID HIGH DIV PORT SER 20 | A | Dividend | K | T | Buy | 01/26/16 | J | | |
| 44. | Blackrock US Opportunities Portfolio Class A (BMEAX) | A | Dividend | J | T | | | | | |
| 45. | Allianz RCM Global Technology-MF (RAGTX) | | None | K | T | | | | | |
| 46. | Goldman Sachs Mid Value Fund-MF | A | Dividend | K | T | | | | | |
| 47. | Prudential Jennison 20/20 Focus Fund-MF | | None | L | T | | | | | |
| 48. | Oppenheimer Value Fund Class A | A | Dividend | K | T | | | | | |
| 49. | Oppenheimrer Amt-Free Municipals FD CL A | B | Interest | | | Sold | 09/14/16 | K | | |
| 50. | The Growth Fund of America-MF | D | Dividend | L | T | | | | | |
| 51. | New Perspective Fund A | C | Dividend | L | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| | A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 52. | Fundamental Investors A | C | Dividend | L | T | | | | | |
| 53. | UIT FTP SMID High Div. Port Series 12 (FORMERLY 5) | | None | | | Redeemed | 01/28/16 | K | | |
| 54. | UIT FT SERIES 29 CAP STRENGTH PORT SEMI-ANNUAL | A | Dividend | K | T | | | | | |
| 55. | EEP | A | Int./Div. | | | Sold | 09/14/16 | J | B | |
| 56. | STXAX | C | Int./Div. | | | Sold (part) | 08/12/16 | K | C | |
| 57. | | | | | | Sold | 09/14/16 | L | C | |
| 58. | MFC | A | Int./Div. | | | Sold | 09/14/16 | J | | |
| 59. | JTD | A | Dividend | J | T | | | | | |
| 60. | ONEOK Partners LP | B | Int./Div. | J | T | | | | | |
| 61. | UIT GUGG DEF PORT SERIES 2 MLP & ENERGY | A | Dividend | | | Sold | 12/22/16 | J | | |
| 62. | XLK | A | Dividend | J | T | | | | | |
| 63. | FIRST TRUST ETF NYS ARCA BIOTECH INDEX FUND (FBT) | | None | K | T | | | | | |
| 64. | AB HIGH INC. MUNIC. PORT CL A (ABTHX) | C | Dividend | M | T | Buy | 08/12/16 | M | | |
| 65. | | | | | | Buy (add'l) | 09/14/16 | L | | |
| 66. | SPH | A | Interest | J | T | | | | | |
| 67. | DVY | A | Dividend | K | T | | | | | |
| 68. | SDIV | B | Int./Div. | | | Sold | 09/14/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. CLAYMORE EXCH. TRADED FD TR 2 GUGG SOLAR ETF (TAN) | A | Dividend | | | Sold | 08/12/16 | J | | |
| 70. MFS SER TRX INT'L VALUE FD (MGIAX) | A | Dividend | K | T | | | | | |
| 71. IVY FDS INC (WSTAX) | | None | K | T | | | | | |
| 72. FRANKLIN TEMP. FUNDS MD T/F INC. FUND CLA (FMDTX) | B | Dividend | K | T | Buy | 09/14/16 | K | | |
| 73. UIT FT HIGH DIV EQUITY PORT SER 18 | B | Dividend | | | Sold | 03/30/16 | K | A | |
| 74. UIT FT HIGH DIV EQUITY PORT SER 26 | B | Dividend | K | T | Buy | 03/30/16 | J | | |
| 75. UIT FT DIV STRENGTH PORT SER 29 | A | Dividend | K | T | | | | | |
| 76. UIT FT SMID HIGH DIV PORT SER 12 | | None | | | Redeemed | 01/28/16 | K | | |
| 77. UIT FTP DIV INC PLUS PORT SER 21 | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 78. UIT FTP DIV INC PLUS PORT SER 20 | B | Dividend | L | T | | | | | |
| 79. UIT FT SMID SER 22 CAP STR PORT | A | Dividend | | | Sold | 08/18/16 | J | A | |
| 80. UIT FT SMID SER 30 CAP STR PORT | A | Dividend | K | T | Buy | 08/18/16 | J | | |
| 81. UIT GUGG DEF PORT SER 7 ZACKS INC ADV | B | Dividend | | | Redeemed | 02/19/16 | K | | |
| 82. UIT GUGG DEF PORT SER 9 ZACKS INC ADV | A | Dividend | | | Sold | 08/18/16 | K | | |
| 83. UIT FT SABRIENT BAKER DOZ PORT 2015 SER MONTHLY | A | Dividend | | | Redeemed | 02/18/16 | K | | |
| 84. UIT FT US ENER, INDEP SER 7 | A | Dividend | K | T | | | | | |
| 85. UIT GUGG DEF PORT SER 20 DJ VALUE DIV FOCUS | A | Dividend | | | Sold | 06/02/16 | K | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 86. UIT GUGG DEF PORT SER 16 GUGG US SMID HIGH DIV | B | Dividend | | | Sold | 07/14/16 | J | | |
| 87. UIT GUGG DEF PORT MLP & ENERGY FDS PORT SER 8 | A | Dividend | | | Sold | 12/22/16 | J | | |
| 88. UIT FT CAP STRENGTH PORT SER 29 | A | Dividend | K | T | | | | | |
| 89. WISDOMTREE TR EUROPE HEDGED EQUITY FUND (HEDJ) | A | Dividend | | | Sold | 09/14/16 | J | | |
| 90. UIT FT ELECTION PORT SER 2016 | A | Dividend | J | T | Buy | 12/22/16 | J | | |
| 91. UIT FT SMID HIGH DIV PORT SER 20 | A | Dividend | K | T | Buy | 01/26/16 | K | | |
| 92. UIT FT SMID HIGH DIV PORT SER 22 | A | Dividend | K | T | Buy | 07/15/16 | K | | |
| 93. UIT GUGG DEF PORT BLUE CHIP SER 9 | A | Dividend | K | T | Buy | 02/18/16 | K | | |
| 94. UIT GUGG DEF PORT SER 11 US CAP STR | A | Dividend | K | T | Buy | 08/18/16 | K | | |
| 95. UIT GUGG DEF PORT SER 23 DIVERS. DIV & INC. PORT | A | Dividend | K | T | Buy | 06/02/16 | K | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

PART VII. Investments and Trusts:

No.1: The tax assessment is $158,000.

I merged all RBC Bank Deposit Program/cash into one item.

| Name of Person Reporting | Date of Report |
|---|---|
| Lipp, Wendelin I. | 4/15/2017 |

## IX. CERTIFICATION.

    I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

    I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Wendelin I. Lipp**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544